UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$39,590 IN U.S. CURRENCY,<br><br>    Defendant,<br><br>and<br><br>EMANUEL OMAN,<br><br>    Claimant. | Case No. 22-mc-49 (___/___)<br><br>**STIPULATION TO EXTEND TIME TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS** |

The Plaintiff and the Claimant stipulate, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture until November 01, 2022.

1. On or about January 31, 2022, the Minneapolis/St. Paul International Airport Police ("APD") and members of the United States Drug Enforcement Administration ("DEA") seized $39,590 in U.S. Currency from the Claimant.

2. The DEA commenced administrative forfeiture proceedings for the Defendant Currency and sent written notice to all known interested parties of its intent to forfeit the currency.

3. On May 02, 2022, Emanuel Oman filed a claim for the Defendant Currency through his attorney, Eric Olson.

4. The time has expired for any other person to file a claim for the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claims for any portion of the currency have been received from any other individual or entity.

5. Under 18 U.S.C. § 983(a)(3)(A), the government has 90 days after a claim has been filed in an administrative action to bring a civil complaint for forfeiture, "except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6. The parties agree to extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the Defendant Currency until November 01, 2022 in order to allow time for settlement discussions.

Dated: 7-28-2022

ANDREW M. LUGER
United States Attorney

*s/Craig Baune*

BY: CRAIG BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Craig.baune@usdoj.gov

Date: 7/27/2022

OLSON DEFENSE

*s/Eric Olson*

ERIC OLSON, Esq.
Attorney ID No. 278427
8009 34th Avenue South, Suite 1492
Bloomington, MN 55425
952-853-1008

Attorney for Claimant